UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| DIDIER ANNIEL LICONA-REYES, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:26-cv-00203-SCM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TODD M. LYONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

Petitioner Didier Anniel Licona-Reyes has filed a Petition for Writ of Habeas Corpus. [Dkt. 1 at 1]. The mandate having issued in *Lopez-Campos v. Raycraft*, 175 F.4th 713, 734–35 (6th Cir. 2026), *petition for cert. filed*, No. 25-1415 (U.S. June 24, 2026), it is hereby **ORDERED** as follows:

1) The Petitioner and Federal Respondents shall file a short Notice of Filing on or before **July 17, 2026,** indicating their position on whether *Lopez-Campos* governs this matter.

2) The Clerk of the Court is directed to send a copy of the Petition, [Dkt. 1], and this Order to Jason Maydak, Jailer at the Boone County Detention Center, and to the United States Attorney's Office for the Eastern District of Kentucky at the following e-mail address: USAKYE.CivilProcessClerk@usdoj.gov.

Signed this 10th day of July, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky